MOORE et al., Respondents, v. STANTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Frank Moore and others against Kate Stanton. No opinion. Judgment and order affirmed, with costs.

MORAL, Respondent, v. WILSON, Appellant. (City Court of New York, General Term. January 18, 1899.) Action by Bernhard Moral against Maude A. Wilson. Robert L. Turk, for appellant. Leventritt & Brennan, for respondent.

O'DWYER, J. After a careful examination of the record, we are of opinion that the order appealed from should be reversed, and the motion to open the default granted, upon condition that the defendant pay the costs of the action heretofore taxed, and inserted in the judgment roll, unless within 10 days the plaintiff stipulate to reduce the amount of his recovery herein to the amount of the value of the chattels as found at the trial, and assessing the damages for the detention at six cents, and costs and expenses of the action, in which event the order appealed from is affirmed, without costs.

MOSS, Respondent, v. LINDBLOM, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Joseph L. Moss, Jr., against Robert Lindblom. L. A. Gould, for appellant. S. Baker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NATIONAL WALL-PAPER CO. v. SIRE. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by the National Wall-Paper Company. against Meyer L. Sire. No opinion. Motion granted on payment of $50.

NERESHEIMER et al., Respondents, v. SMYTHE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by E. August Neresheimer and others against Thomas A. Smythe and others. No opinion. Interlocutory judgment affirmed, with costs.

NEW YORK, L. & W. R. CO., Respondent, v. ERIE R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the New York, Lackawanna & Western Railroad Company against the Erie Railroad Company and others. No opinion. Motion granted. See 52 N. Y. Supp. 318.

NEW YORK SECURITY & TRUST CO. v. SARATOGA GAS & ELECTRIC LIGHT CO. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by the New York Security & Trust Company against the Saratoga Gas & Electric Light Company.

PER CURIAM. Motion for allowance of appeal granted, and the following question certified:

"Under and by virtue of the operation of the mortgage given by the Saratoga Gas & Electric Light Company, has the mortgagee, or the receiver appointed in the foreclosure action, an equitable lien, prior to the right of the receiver in the sequestration action, upon the debts and accounts due to the corporation upon sales by it of products of its plant produced after the giving of the mortgage, and before the appointment of either receiver?" See 51 N. Y. Supp. 749.

NILES, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Adaline Niles, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs, on the opinion of GREEN, J., in same case. 14 App. Div. 58, 43 N. Y. Supp. 751.

OAKES, Respondent, v. OAKES et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Lewella C. Oakes against Francis J. Oakes and others. G. W. Stephens, for appellants. B. F. Spellman, for respondent. No opinion. Judgment affirmed, with costs, and with leave to defendants to withdraw demurrer, and answer, on payment of costs in this court and in the court below.

O'BRIEN, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Henry J. O'Brien against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event.

O'CONNELL, Respondent, v. BEECHER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by John O'Connell against Luke A. Beecher, W. B. Hoxter, and others. No opinion. Judgment affirmed, with costs. See 47 N. Y. Supp. 334.

O'FLAHERTY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) Action by Rose T. O'Flaherty against the Nassau Electric Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied. Proceedings on judgment stayed for 10 days. See 54 N. Y. Supp. 96.

ONEIDA COUNTY BANK, Respondent, v. LEWIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the Oneida County Bank against Philip E. Lewis and others. No opinion. The complaint in this action is amended by substituting the word "I" for "we" in the note as set out therein, and the judgment is affirmed, with costs. See 51 N. Y. Supp. 826.